THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* NANCY ROMEO, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERNCARE, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. CV-07-J-2325-S |

### EX PARTE MOTION FOR PARTIAL LIFTING OF THE SEAL TO DISCLOSE COMPLAINT TO STATE LAW ENFORCEMENT AND HEALTHCARE OVERSIGHT AGENCIES

The United States of America respectfully moves for a partial lifting of the seal in this case to allow the United States to disclose the complaint in this action to certain state law enforcement and health oversight agencies. In support of this motion, the United States shows as follows:

### Background

This is an action under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729-3722, brought by Nancy Romeo (the "Relator") on behalf of the United States against Southerncare, Inc. (the "Defendant"). In the Complaint, the Relator alleges that the Defendant submitted false claims to the United States. The allegations in the Complaint include, without limitation, that the Defendant admitted patients for hospice care who were not terminally ill and submitted improper reimbursement requests to Medicare for hospice services. Although the Complaint

has been partially unsealed to allow disclosure to the Defendant, the case continues to remain under seal with respect to the public and all third parties while the United States continues to investigate the allegations.

### Relief Requested

Given the fact that the Defendant in this action has operations in over 10 states, the United States believes disclosing the Complaint to state law enforcement and health oversight agencies may assist those agencies in performing their functions. For example, based on the information in the complaint, state agencies responsible for licensing hospice organizations may wish to more closely examine the Defendant. Additionally, certain states may wish to examine whether the Defendant's actions have resulted in overpayments from their Medicaid programs.

Accordingly, the United States submits that disclosing an unredacted copy of the Complaint to state law enforcement and health oversight agencies is appropriate. The Relator, through her counsel, has informed the United States that she does not oppose this request.

### Conclusion

For the foregoing reasons, the United States respectfully requests that this Court issue an order authorizing the partial unsealing of the Complaint for the purpose of disclosing this case to any state law enforcement or health oversight agency that the United States believes is appropriate.

Respectfully submitted this the 29th day of April, 2008,

                        ALICE H. MARTIN
                        United States Attorney

                        LLOYD C. PEEPLES, III
                        United States Attorney
                        Northern District of Alabama
                        1801 4th Avenue North
                        Birmingham, Alabama 35203-2101
                        Telephone: (205) 244-2116

                        AL Bar ID: ASB-3015-S44L

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on counsel for the relator by First Class United States Mail, postage prepaid on this the 29th day of April, 2008 as follows:

Henry I. Frohsin
James F. Barger, Jr.
BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203-5202

LLOYD C. PEEPLES, III
Assistant United States Attorney

4